

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2020

No. 04-20-00018-CV

**DICEX INTERNATIONAL, INC.,**
Appellant

v.

**AMIGO STAFFING, INC.,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT001668-D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

Appellant has filed a motion for extension of time in which to file a reply brief. Appellant's motion is GRANTED. Appellant's reply brief is due on or before October 5, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court